COM.

v.

**TERANTINO, E.**

**44 EDA 2017**

Superior Court of Pennsylvania.

08/16/2017

CP–45–CR–0001848–2013

(Monroe)

Remanded Jurisdiction Retained

COM.

v,

**BENESHUNAS, J.**

**1541 MDA 2016**

Superior Court of Pennsylvania.

08/16/2017

CP–54–CR–0000745–1995

(Schuylkill)

Affirmed

COM.

v.

**HALL, D.**

**895 MDA 2016**

Superior Court of Pennsylvania.

08/16/2017

CP–22–CR–0003172–2015

(Dauphin)

Affirmed

COM.

v.

**MISTKOWSKI, A.**

**1667 MDA 2016**

Superior Court of Pennsylvania.

08/16/2017

CP–40–CR–0004395–2013

(Luzerne)

Affirmed